[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1220.]

SHIDEL ET AL., APPELLANTS, *v*. LIBERTY MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Shidel v. Liberty Mut. Ins. Co.*, 1996-Ohio-329.]

*Appeal dismissed as improvidently allowed.*

(No. 95-1664—Submitted October 8, 1996—Decided December 11, 1996.)

APPEAL from the Court of Appeals for Mahoning County, No. 94 C.A. 114.

——————————

*Horning & Horning, L.P.A., Richard A. Horning* and *J. David Horning,* for appellants.

*Oldham & Dowling* and *Hamilton DeSaussure, Jr.,* for appellee.

——————————

{¶ 1} The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

——————————